The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRUCE EKLUND, an individual,

    Plaintiff/Counter-Claim Defendant,

vs.

THE CITY OF SEATTLE, SEATTLE MUNICIPAL COURT, a municipal corporation;

    Defendants/Counter-Claim Plaintiffs,

and

FRED BONNER and JANE DOE BONNER, and their marital community; GAYLE TAJIMA and JOHN DOE TAJIMA, and their marital community; YOLANDE WILLIAMS and JOHN DOE WILLIAMS, and their marital community; and MARK PARCHER and JANE DOE PARCHER, and their marital community,

    Defendants.

Case No. 06-cv-01815-TSZ

**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

THIS MATTER having come on before this Court on Plaintiff's Motion For Leave to File Third Amended Complaint and having considered the pleadings, records and files herein, including:

1.     Plaintiff's Motion For Leave to File Third Amended Complaint

PROPOSED ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT- 1
No. 06-1815TSZ

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

2.  Declaration of Cleveland Stockmeyer in Support of Plaintiff's Motion For Leave to File Third Amended Complaint;

3.  and all other pleadings submitted by Defendants

and the Court, being otherwise fully advised in the premises; Now, Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff's Motion for Leave to File Third Amended Complaint GRANTED.

IT IS FURTHER ORDERED ADJUDGED AND DECREED, that:

1.  The Plaintiff shall file his Third Amended Complaint, attached as exhibit B to Plaintiff's Motion to File Third Amended Complaint, within two (2) days of the Court's Order; and

2.  Defendants shall file their Third Amended Answer to Third Amended Complaint no later than _____, 2008.

DATED this _____ day of _____ 2008

_____
Thomas S. Zilly, United States District Court Judge

PROPOSED ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT- 2
No. 06-1815TSZ

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

Presented by:

BADGLEY~MULLINS LAW GROUP

s/ Duncan C. Turner
Duncan C. Turner
Washington State Bar No. 20597
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: duncanturner@badgleymullins.com

**Attorneys for Plaintiff**

BADGLEY~MULLINS LAW GROUP

s/ Mark K. Davis
Mark K. Davis
Washington State Bar No. 38713
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: mdavis@badgleymullins.com

**Attorneys for Plaintiff**

CLEVELAND STOCKMEYER PLLC

s/ Cleveland Stockmeyer
Cleveland Stockmeyer
Washington State Bar No. 21636
8056 Sunnyside Ave. N.
Seattle WA 98103
Telephone: (206) 419-4385
Facsimile: (206) 525-4400
Email: cleve206@aol.com

**Attorneys for Plaintif**

PROPOSED ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT- 3
No. 06-1815TSZ

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686