UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE EKLUND, an individual, <br><br> Plaintiff/Counter-Claim Defendant, <br><br> v. <br><br> THE CITY OF SEATTLE, SEATTLE MUNICIPAL COURT, a municipal corporation, <br><br> Defendant/Counter-Claim Plaintiff, <br><br> and <br><br> FRED BONNER and JANE DOE BONNER, and their marital community, GAYLE TAJIMA and JOHN DOE TAJIMA, and their marital community; YOLANDE WILLIAMS and JOHN DOE WILLIAMS, and their marital community; and MARK PARCHER and JANE DOE PARCHER, and their marital community, <br><br> Defendants. | C06-1815Z <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS IN PART and DENIES IN PART Plaintiff's motion to compel, docket no. 101. Plaintiff's motion to have the depositions of Judge Bonner and Mark Parcher declared valid is STRICKEN AS MOOT in the absence of any objection to the depositions. Plaintiff's motion to compel the deposition of Deputy Mayor Tim Ceis is GRANTED IN PART and Plaintiff may take the deposition of Deputy Mayor Tim Ceis within the next 30 days - for a total deposition time not to exceed two (2) hours. Plaintiff's

MINUTE ORDER 1–

motion to compel an additional deposition of Judge Bonner, Mr. Parcher, and Ms. Williams is GRANTED IN PART and each deposition shall not exceed two hours and shall be limited to documents produced after the original deposition of each witness.  The Court GRANTS Plaintiff's motion to compel the production of documents responsive to Requests for Production 1, 7, 9, 10, and 22, only to the extent that such documents are responsive, have not been previously produced, and are under the custody or control of Defendants.  The Court ORDERS the parties to meet and confer to discuss what was and was not produced from the database on the data CDs and GRANTS Plaintiff's motion to compel discovery of the data only to the extent requested data was not already produced.

(2)     Plaintiff's motion for sanctions, docket no. 101, is DENIED.

(3)     Plaintiff's motion for a continuance to the case schedule, docket no. 101, is DENIED.

(4)     Defendants' motion to strike, docket no. 110 at note 6, is DENIED.

(5)     Defendants' motion for costs, docket no. 110 at 11, is DENIED.

(6)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 23rd day of June, 2008.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
Claudia Hawney
Deputy Clerk

MINUTE ORDER   2–