**UNITED STATES DISTRICT COURT**
**Western District of Washington**

**JUDGMENT IN A CIVIL CASE**

BRUCE EKLUND

    v.                        CASE NUMBER: C06-1815Z

CITY OF SEATTLE, et al.

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The jury having found in favor of Defendants City of Seattle and Fred Bonner with respect to Plaintiff's first claim, termination in violation of public policy, judgment is entered for City of Seattle and Fred Bonner.

The jury having found in favor of Plaintiff Bruce Eklund with respect to his due process claim against Fred Bonner, and for Defendants Gayle Tajima, Yolande Williams, and Mark Parcher with respect to Plaintiff's due process claims against them, the Court enters judgment as follows: judgment is entered for Plaintiff Bruce Eklund and against Fred Bonner. Plaintiff is awarded judgment against Defendant Bonner for $210,000.00 in economic damages, $100,000.00 in non-economic damages, and $150,000.00 in punitive damages, for a total amount of $460,000.00.

       Plaintiff's claims against Defendants Tajima, Williams and Parcher are dismissed with prejudice and with costs.

|  |  |
|---|---|
| April 1, 2009 | s/ Claudia Hawney |
| _____ | By _____ |
| Date | Claudia Hawney |
|  | Deputy Clerk |

BRUCE RIFKIN, Clerk