UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE EKLUND,

        Plaintiff,

v.

THE CITY OF SEATTLE, SEATTLE MUNICIPAL COURT, a municipal corporation, et al.,

        Defendants.

Case No. C06-1815TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF BRUCE EKLUND , and on behalf of DEFENDANTS CITY OF SEATTLE, PARCHER, TAJIMA, and WILLIAMS in the amount of $11,027.79 as follows:

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  FILING FEE | $350.00 | 0 | $350.00 |
| II.  DEPOSITION COSTS | $15,384.79 | $9,050.66 | $6,334.12 |

Clerk allowed as taxable costs expenses incurred for depositions actually used by counsel. Costs of video depositions were not allowed since they were not actually utilized at trial.

| | | | |
|---|---|---|---|
| III.  COPY COSTS | $4,232.31 | 0 | $4,232.31 |

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS FEES | $111.36 | 0 | $111.36 |

Dated this ___24th___ day of APRIL, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2