**UNITED STATES DISTRICT COURT**
**Western District of Washington**

**AMENDED JUDGMENT IN A CIVIL CASE**

BRUCE EKLUND

v. CASE NUMBER: C06-1815Z

CITY OF SEATTLE, et al.

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The jury having found in favor of Defendants City of Seattle and Fred Bonner with respect to Plaintiff's first claim, termination in violation of public policy, judgment is entered for City of Seattle and Fred Bonner.

The jury having found in favor of Plaintiff Bruce Eklund with respect to his procedural due process claim against Fred Bonner, and for Defendants Gayle Tajima, Yolande Williams, and Mark Parcher with respect to Plaintiff's procedural due process claim against them, the Court enters judgment as follows: judgment is entered for Plaintiff Bruce Eklund and against Fred Bonner. Plaintiff is awarded judgment against Defendant Bonner for $100,000.00 in non-economic damages, and $150,000.00 in punitive damages, for a total amount of $250,000.00.

The Court GRANTS Defendants Mark Parcher, Gayle Tajima, and Yolande Williams' Motion for Statutory Penalties and Attorney Fees under Washington's Anti-SLAPP

Statute, RCW 4.24.510, docket no. 315, and awards Defendants Parcher, Tajima and Williams attorney fees in the total amount of $55,323.75 and statutory damages in the amount of $10,000 per person, for a total award of $85,323.75.

The Court GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1988, docket no. 355. The Court ORDERS Defendant Fred Bonner to pay attorney Cleveland Stockmeyer $227,321.10 in attorney's fees and $1,031.61 in costs, and to pay Bagley Mullins Law Group $149,003.79 in attorneys' fees and $23,028.98 in costs. Judgment is entered in favor of Eklund and against Bonner in the amount of $376,324.89 in attorneys' fees and $24,060.59 in costs.

Plaintiff's claims against Defendants Tajima, Williams and Parcher are dismissed with prejudice and with costs.

BRUCE RIFKIN, Clerk

July 9, 2009

Date

By s/ Claudia Hawney

Claudia Hawney
Deputy Clerk