UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUL 22 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE EKLUND, an individual,<br><br>        Plaintiff-counter-claim-<br>defendant - Appellee,<br><br>  v.<br><br>FRED BONNER,<br><br>        Defendant - Appellant,<br><br>CITY OF SEATTLE MUNICIPAL<br>COURT, a municipal corporation,<br><br>        Defendant-counter-claimant-<br>plaintiff - Appellant. | No.  09-35676<br>D.C. No.  2:06-cv-01815-TSZ<br>Western District of Washington,<br>Seattle<br><br>**TIME SCHEDULE<br>ORDER** |

The parties shall meet the following time schedule:

**Thu., September 24, 2009**      The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Tue., November 24, 2009**      The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Thu., December 24, 2009**      The third brief on cross-appeal shall be filed and served pursuant to FRAP 32 and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Kathy Morris
Deputy Clerk