UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRUCE EKLUND, an individual,

Plaintiff-counter-claim-defendant - Appellant

v.

CITY OF SEATTLE MUNICIPAL COURT, a municipal corporation,

Defendant-counter-claimant-plaintiff - Appellee

FRED BONNER; et al.,

Defendants - Appellees

No. 09-35652

D.C. No. 2:06-cv-01815-TSZ
U.S. District Court for Western Washington, Seattle

**AMENDED MANDATE**

BRUCE EKLUND, an individual,

Plaintiff-counter-claim-defendant - Appellee,

v.

FRED BONNER,

Defendant - Appellant,

CITY OF SEATTLE MUNICIPAL

No. 09-35676

D.C. No. 2:06-cv-01815-TSZ
U.S. District Court for Western Washington, Seattle

COURT, a municipal corporation,

Defendant-counter-claimant-plaintiff - Appellant.

The judgment of this Court, entered November 24, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to the respondent/cross appellant in the amount of $679.90.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

John Ilagan
Deputy Clerk