**UNITED STATES DISTRICT COURT**
**Western District of Washington**

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

BRUCE EKLUND

v. CASE NUMBER: C06-1815Z

CITY OF SEATTLE, et al.

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The jury having found in favor of Defendants City of Seattle and Fred Bonner with respect to Plaintiff's first claim, termination in violation of public policy, judgment is entered for City of Seattle and Fred Bonner.

The jury having found in favor of Plaintiff Bruce Eklund with respect to his procedural due process claim against Fred Bonner, and in favor of Defendants Gayle Tajima, Yolande Williams, and Mark Parcher with respect to Plaintiff's procedural due process claim against them, and the United States Court of Appeals for the Ninth Circuit having ruled that Fred Bonner is entitled to qualified immunity and that his post-trial motion for judgment as a matter of law should have been granted, Plaintiff's procedural due process claims against Defendants Bonner, Tajima, Williams, and Parcher are dismissed with prejudice and with costs.

The United States Court of Appeals for the Ninth Circuit having held that Washington's "anti-SLAPP" statute did not provide immunity for Defendants Mark Parcher, Gayle Tajima, and Yolande Williams, the

earlier award to Defendants Parcher, Tajima, and Williams of attorney fees in the amount of $55,323.75 and statutory damages in the amount of $10,000 per person, is VACATED.

Because Plaintiff is no longer a prevailing party, the earlier award to Plaintiff of attorney fees and costs payable to Cleveland Stockmeyer in the amounts of $227,321.10 and $1,031.61, respectively, which were assigned to Evergreen Bank, and payable to Bagley Mullins Law Group in the amounts of $149,003.79 and $23,028.98, respectively, is VACATED.

WILLIAM M. McCOOL, Clerk

March 1, 2011

Date

s/ Claudia Hawney

By

Claudia Hawney
Deputy Clerk