UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE EKLUND,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE, SEATTLE MUNICIPAL COURT, a municipal corporation, et al.,<br><br>Defendants. | Case No. C06-1815TSZ<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFF BRUCE EKLUND and on behalf of DEFENDANT FRED BONNER in the unopposed amount of $824.80.

Entered this ___1st_____ day of April, 2011.

William M. McCool, Clerk
U. S. District Court

By: ____S/ JOSEPH WHITELEY___
Joseph Whiteley, Deputy in Charge